FILED
OCT 29 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 4:25 CR 538 |
| COREY GADSDEN, | ) Title 18, United States Code, Section 1791(a)(2), (b)(1) and (b)(3). |
| Defendant. | ) JUDGE BARKER |

COUNT 1
(Possessing Contraband in Prison, 18 U.S.C. § 1791)

The Grand Jury charges:

1. On or about July 4, 2024, in the Northern District of Ohio, Eastern Division, Defendant COREY GADSDEN, then an inmate of FCI Elkton, a Federal correctional institution, possessed a prohibited object, to wit: 28.1491 grams of methamphetamine, and 12.8112 grams of marijuana, in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(1) and (b)(3).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.